UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-769 JGB (SPx) | Date | August 9, 2022 |
| Title | *Jane Doe v. Molly Hill et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause re Dismissal for Failure to Prosecute (IN CHAMBERS)

Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed R. Civ. P. 12(a)(1).

Here, Defendant has not answered Plaintiff's second amended complaint, which was filed on February 23, 2022. (See "SAC," Dkt. No. 22.) Because Plaintiff's counsel expressed to Defendant an interest in filing a third amended complaint, the parties agreed to extend the time for Plaintiff to do so to June 27, 2022. (See "Non-Opposition to Motion to Withdraw," Dkt. No. 24, at 2.) However, to date, Plaintiff has not filed a third amended complaint, and Defendant has not filed a responsive pleading or motion in response to the second amended complaint.

Accordingly, the Court orders Plaintiff to show cause in writing no later than **August 19, 2022**, why this case should not be dismissed for failure to prosecute. This Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which Plaintiff's response is due.

**IT IS SO ORDERED.**